**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7504**

CHARLES R. TURNER,

Plaintiff – Appellant,

v.

GENE JOHNSON, Director of Prisons; KIMBERLY RUNION,
Director of V.C.B.R.; THE C.R.C. COMMITTEE, Names Unknown,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:11-cv-01086-CMH-TCB)

Submitted:  February 16, 2012      Decided:  February 22, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles R. Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles R. Turner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Turner v. Johnson, No. 1:11-cv-01086-CMH-TCB (E.D. Va. Oct. 21, 2011). See Huftile v. Miccio-Fonseca, 410 F.3d 1136, 1139-40 (9th Cir. 2005) (holding Heck v. Humphrey, 512 U.S. 477 (1994), applies to civilly committed sex offenders). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED